

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2021

No. 04-21-00104-CV

Michael Edward **RODRIGUEZ,**
Appellant

v.

Nora Eliza **RODRIGUEZ** formerly known as Nora G. Rodriguez,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00908
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On September 17, 2021, appellee, Norma Eliza Gonzalez, formerly known as Norma G. Rodriguez, filed a letter with the court. We construe the letter as a motion to dismiss the appeal. We deny the motion.

Appellant's brief was filed September 17, 2021. Gonzalez's appellee's brief is due October 18, 2021. It is unclear from her letter whether Gonzalez intends to file an appellee's brief. If Gonzalez does not intend to file a brief, she may file a waiver of her right to file a brief, and the appeal will be set for submission without an appellee's brief.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court